B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re  W.H.Figurski, Inc.  
     a Michigan Corporation

Case No.  
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Miles Petroleum<br>246 North Eddy<br>Merrill MI  48637 | Phone: 989 643-0700<br>Miles Petroleum<br>246 North Eddy<br>Merrill MI  48637 | Trade Debt | | $ 41,855.19 |
| 2<br>Spencer Oil Company<br>c/o Stillman Law Office<br>7091 Orchard Lake Rd., #270<br>West Bloomfield MI<br>48322-3651 | Phone: 248 851-6000<br>Spencer Oil Company<br>c/o Stillman Law Office<br>7091 Orchard Lake Rd., #270<br>West Bloomfield MI<br>48322-3651 | Trade Debt | | $ 26,276.86 |
| 3<br>Oldcastle Architectural<br>c/o Richard M. Handlon<br>240 W. Main St., #1100<br>Midland MI  48640 | Phone: 989 631-5490<br>Oldcastle Architectural<br>c/o Richard M. Handlon<br>240 W. Main St., #1100<br>Midland MI  48640 | Trade Debt | | $ 26,201.21 |
| 4<br>Citi Business<br>P.O. Box 6235<br>Sioux Falls SD  57117-6235 | Phone: 800 750-7453<br>Citi Business<br>P.O. Box 6235<br>Sioux Falls SD  57117-6235 | Trade Debt | | $ 19,100.00 |
| 5<br>Elan Financial<br>c/o Associated Creditors Excha<br>P.O. Box 33130<br>Phoenix AZ  85067-3130 | Phone: 800 280-3800<br>Elan Financial<br>c/o Associated Creditors Excha<br>P.O. Box 33130<br>Phoenix AZ  85067-3130 | Trade Debt | | $ 15,120.34 |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Bunting Sand & Gravel Products<br>P.O. Box 217<br>West Branch MI  48661 | Phone: 989 345-2373<br>Bunting Sand & Gravel Products<br>P.O. Box 217<br>West Branch MI  48661 | Trade Debt | | $ 7,558.60 |
| 7<br>Carol Rard<br>7776 Guy Road<br>Blanchard MI  49310 | Phone: 989 561-2969<br>Carol Rard<br>7776 Guy Road<br>Blanchard MI  49310 | Trade Debt | | $ 7,199.80 |
| 8<br>State Investment Company<br>44700 Enterprise Drive<br>Clinton Township MI  48038 | Phone: 586 493-1211<br>State Investment Company<br>44700 Enterprise Drive<br>Clinton Township MI  48038 | Trade Debt | | $ 7,000.00 |
| 9<br>Robert Waldron<br>1248 N. Pine Grove<br>Crystal MI  48818 | Phone: 989 235-4752<br>Robert Waldron<br>1248 N. Pine Grove<br>Crystal MI  48818 | Trade Debt | | $ 4,003.18 |
| 10<br>Leland Jensen<br>857 Edmore Road<br>Howard City MI  48829 | Phone: 989 427-5203<br>Leland Jensen<br>857 Edmore Road<br>Howard City MI  48829 | Trade Debt | | $ 3,771.36 |
| 11<br>CYDI of Michigan<br>2575 S. Haggerty Road<br>Canton MI  48188 | Phone: 734 587-2612<br>CYDI of Michigan<br>2575 S. Haggerty Road<br>Canton MI  48188 | Trade Debt | | $ 1,991.81 |
| 12<br>McBrides Oil, Inc<br>4488 N. Sheridan Road<br>Stanton MI  48888 | Phone: 989 762-5230<br>McBrides Oil, Inc<br>4488 N. Sheridan Road<br>Stanton MI  48888 | Trade Debt | | $ 1,960.75 |
| 13<br>Pontiac Crushed Cement<br>3448 West Eleven Mile Road<br>Berkley MI  48072 | Phone: 248 547-4712<br>Pontiac Crushed Cement<br>3448 West Eleven Mile Road<br>Berkley MI  48072 | Trade Debt | | $ 1,806.26 |

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>State Crushing, Inc<br>2260 Auburn Road<br>Auburn Hills MI  48326 | Phone: 248 332-6210<br>State Crushing, Inc<br>2260 Auburn Road<br>Auburn Hills MI  48326 | Trade Debt | | $ 1,689.61 |
| 15<br>John Bleum<br>7145 Academy Road<br>Edmore MI  48829 | Phone: 989 427-5119<br>John Bleum<br>7145 Academy Road<br>Edmore MI  48829 | Trade Debt | | $ 1,333.15 |
| 16<br>Stuart B Cooney<br>5840 Lorac Drive<br>Clarkston MI  48346 | Phone: 248 625-0600<br>Stuart B Cooney<br>5840 Lorac Drive<br>Clarkston MI  48346 | Trade Debt | | $ 1,272.50 |
| 17<br>GCR Tire Centers<br>2727 Lippincott<br>Flint MI  48507 | Phone: 810 234-0450<br>GCR Tire Centers<br>2727 Lippincott<br>Flint MI  48507 | Trade Debt | | $ 1,141.00 |
| 18<br>Vesco Oil Corporation<br>16055 W. 12 Mile Road<br>P.O. Box 525<br>Southfield MI  48037-0525 | Phone: 248 557-1600<br>Vesco Oil Corporation<br>16055 W. 12 Mile Road<br>P.O. Box 525<br>Southfield MI  48037-0525 | Trade Debt | | $ 922.54 |
| 19<br>Frankenmuth Insurance<br>One Mutual Avenue<br>Frankenmuth MI  48784-0001 | Phone: 734 455-4800<br>Frankenmuth Insurance<br>One Mutual Avenue<br>Frankenmuth MI  48784-0001 | Trade Debt | | $ 753.18 |
| 20<br>Brad Johnston<br>7808 McBrides Road<br>Edmore MI  48829 | Phone: 989 268-5948<br>Brad Johnston<br>7808 McBrides Road<br>Edmore MI  48829 | Trade Debt | | $ 590.00 |

Page  3

10-35059-dof    Doc 6    Filed 09/22/10    Entered 09/22/10 13:50:40    Page 3 of 4

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Stanislaus Figurski*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/17/2010*   Signature */s/ Stanislaus Figurski*
          Name: *Stanislaus Figurski*
          Title: *President*