UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:

    W.H. INC. FIGURSKI,                      Case No. 10-35059-dof
                                                                      Chapter 11 Proceeding
                 Debtor.                              Hon. Daniel Opperman
_____/

## ORDER FOR INITIAL CHAPTER 11 STATUS CONFERENCE

      The Debtor filed this Chapter 11 case on September 20, 2010. Pursuant to § 105(d) of the Bankruptcy Code,

      IT IS HEREBY ORDERED that a **status conference shall be held on Wednesday, November 3, 2010, at 1:00 p.m in the Chambers of Judge Daniel Opperman, U.S. Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502.** The debtor-in-possession and the attorney for the debtor-in-possession shall appear.

      At this conference, the following matters will be addressed:

     (1) The appointment and fees of professionals.

     (2) The obligations of the debtor-in-possession under Chapter 11.

     (3) A deadline for filing a plan.

     (4) The issues in the case.

     (5) Whether and when motions might be filed.

     (6) Cash collateral matters.

     (7) Whether to use an expedited confirmation procedure in order to reduce delay and expense.

     (8) Other matters contemplated by § 105(d)(2) of the Bankruptcy Code.

     Creditors are invited, but not required, to attend.

     **The Debtor's attorney shall <u>immediately</u> serve a copy of this order on the 20 largest creditors, all secured creditors (and any known counsel for same), and the U.S. Trustee's Office and promptly file a proof of service.** The failure of the Debtor to comply with the terms of this order may result in dismissal.

Signed on September 23, 2010

                                               /s/ Daniel S. Opperman
                                               Daniel S. Opperman
                                               United States Bankruptcy Judge