# W. H. Figurski, Inc.
## Balance Sheet
### As of December 31, 2010

|  | Dec 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Chase | |
|     Chase - Merchant | 274,676.36 |
|     Chase - Primary Checking | -9,831.78 |
|     Chase - Savings | -641.18 |
|     Chase - Other | -263,398.39 |
| Total Chase | 805.01 |
| Comerica | |
|     Comerica - Computer Checks | -33,638.81 |
|     Comerica - EFT | -12,604.92 |
|     Comerica - Other | 46,243.73 |
| Total Comerica | 0.00 |
| 1080 · Petty Cash | |
|     1082 · Petty Cash Chris | 1,191.00 |
|     1083 · Petty Cash Adam (Dan) | 3.50 |
|     1085 · Petty Cash MikeD/M Malone | 240.00 |
|     1086 · Petty Cash Office | 2,067.84 |
|     1088 · Petty Cash Stash | -543.84 |
|     1089 · Petty CashMike Mathews(Bill) | 163.00 |
|     1080 · Petty Cash - Other | -2,000.00 |
| Total 1080 · Petty Cash | 1,121.50 |
| 1090 · Clearing Account | -88,104.80 |
| **Total Checking/Savings** | **-86,178.29** |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | 85,136.78 |
| **Total Accounts Receivable** | **85,136.78** |
| **Other Current Assets** | |
| 1120 · Inventory Asset | 150,765.84 |
| 1331 · Inventory Contra | -129,170.10 |
| 1401 · Employee Loan | 6,542.22 |
| 1499 · Undeposited Funds | 13,760.15 |
| **Total Other Current Assets** | **41,898.11** |
| **Total Current Assets** | **40,856.60** |
| **Fixed Assets** | |
| 1550 · Office Equipment | 740.94 |
| 1560 · Computer System | 3,670.50 |
| 1570 · Equipment | 240,879.26 |
| 1650 · Vehicles | 1,202,945.66 |
| 1651 · Office Trailer | 8,449.26 |
| 1656 · Accumulated Depreciation | -1,422,258.27 |
| **Total Fixed Assets** | **34,427.35** |
| **Other Assets** | |
| 1800 · Security Deposit | 500.00 |
| **Total Other Assets** | **500.00** |
| **TOTAL ASSETS** | **75,783.95** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 171,531.19 |
| **Total Accounts Payable** | **171,531.19** |

# W. H. Figurski, Inc.
## Balance Sheet
### As of December 31, 2010

|  | Dec 31, 10 |
|---|---:|
| **Credit Cards** | |
| CitiBusiness | 19,200.46 |
| Comerica MC 2908 | 11,667.25 |
| NFIB Platinum Plus for Business | |
|    Brian | 1,370.59 |
|    Chris | 894.40 |
|    Jamie | 1,507.89 |
|    Jason | 3,904.79 |
|    Michael | 8,386.41 |
|    Sharlene | 5,298.84 |
|    Stanislaus | 6,496.29 |
|    NFIB Platinum Plus for Business - Other | -1,600.00 |
| Total NFIB Platinum Plus for Business | 26,259.21 |
| **Total Credit Cards** | **57,126.92** |
| **Other Current Liabilities** | |
| 2006 · Accounts Payable - Contra | -470.00 |
| 2100 · Payroll Liabilities | |
|    2104 · FUTA | -206.38 |
|    2105 · Federal Withholding | 14,692.00 |
|    2106 · Medicare Company | 1,902.59 |
|    2107 · Medicare Employee | 2,194.69 |
|    2108 · Social Security Company | 7,219.73 |
|    2109 · Social Security Employee | 8,468.71 |
|    2110 · State Withholding | 5,548.37 |
|    2111 · MESC | 3,855.14 |
|    2114 · MISDU | 956.61 |
|    2100 · Payroll Liabilities - Other | 6,037.52 |
| Total 2100 · Payroll Liabilities | 50,668.98 |
| 2200 · Sales Tax Payable | 10,778.37 |
| 2432 · N/P Navistar Fin Corp (1692.81) | -2,808.30 |
| 2434 · N/P Paccar Kenworth25 (2343.61) | 24,656.51 |
| 2435 · N/P Volvo Financial Service | 11,817.64 |
| 2900 · N/P Officer | 29,976.89 |
| 2905 · N/P - Sally Figurski | 105,560.63 |
| 2906 · N/P - Sarah Figurski | 114,686.89 |
| 2907 · Chase Line of Credit | 97,108.69 |
| **Total Other Current Liabilities** | **441,976.30** |
| **Total Current Liabilities** | **670,634.41** |
| **Total Liabilities** | **670,634.41** |
| **Equity** | |
| 1110 · Retained Earnings | -612,629.57 |
| 3010 · Common Stock $1 Par | 800.00 |
| 3031 · Accumulated Adj. Acct | 9,495.00 |
| 3050 · Stock Repurchase - S Figurski | -2,000.00 |
| Net Income | 9,904.13 |
| **Total Equity** | **-594,430.44** |
| **TOTAL LIABILITIES & EQUITY** | **76,203.97** |