# W. H. Figurski, Inc.
## Statement of Cash Flows
January 1 through October 1, 2010

|  | Jan 1 - Oct 1, 10 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 9,904.13 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 1200 · Accounts Receivable | -959.46 |
| 1120 · Inventory Asset | 18,990.96 |
| 2000 · Accounts Payable | -87,397.80 |
| CitiBusiness | -1,105.00 |
| 2100 · Payroll Liabilities:2104 · FUTA | 147.22 |
| 2100 · Payroll Liabilities:2105 · Federal Withholding | 2,256.00 |
| 2100 · Payroll Liabilities:2106 · Medicare Company | 223.65 |
| 2100 · Payroll Liabilities:2107 · Medicare Employee | 223.65 |
| 2100 · Payroll Liabilities:2108 · Social Security Company | 956.25 |
| 2100 · Payroll Liabilities:2109 · Social Security Employee | 956.25 |
| 2100 · Payroll Liabilities:2110 · State Withholding | 221.15 |
| 2100 · Payroll Liabilities:2111 · MESC | 506.41 |
| 2100 · Payroll Liabilities:2114 · MISDU | 264.36 |
| 2200 · Sales Tax Payable | 1,822.06 |
| 2435 · N/P Volvo Financial Service | -7,405.60 |
| 2900 · N/P Officer | 19,775.00 |
| 2905 · N/P - Sally Figurski | -2,164.56 |
| 2907 · Chase Line of Credit | -525.60 |
| **Net cash provided by Operating Activities** | **-43,310.93** |
| **FINANCING ACTIVITIES** |  |
| 3050 · Stock Repurchase - S Figurski | -2,000.00 |
| **Net cash provided by Financing Activities** | **-2,000.00** |
| **Net cash increase for period** | **-45,310.93** |
| **Cash at beginning of period** | **-27,107.21** |
| **Cash at end of period** | **-72,418.14** |