# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re *W.H.Figurski, Inc., a Michigan Corporation*  Case No. *4:10-bk-35059*
Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 6 | $ 600,100.00 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 110,695.58 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 173,922.18 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 17 | $ 600,100.00 | $ 284,617.76 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re *W.H.Figurski, Inc., a Michigan Corporation*　　　　　　　　　Case No. *4:10-bk-35059*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *W.H.Figurski, Inc., a Michigan Corporation*  
                  Debtor

Case No. *4:10-bk-35059*  
         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Stanislaus Figurski*, *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *18* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *10/5/2010*

Signature */s/ Stanislaus Figurski*  
Name: *Stanislaus Figurski*  
Title: *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *W.H.Figurski, Inc.*,  Case No. *4:10-bk-35059*
      Debtor(s)     (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

    No continuation sheets attached       **TOTAL $**    *0.00*
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re *W.H.Figurski, Inc.*                 ,           Case No. *4:10-bk-35059*
           Debtor(s)                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account with Chase Bank Location: Oxfor, MI   48371* | | $ 3,100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page   1   of   6

B6B (Official Form 6B) (12/07)

In re *W.H.Figurski, Inc.*, Debtor(s)   Case No. *4:10-bk-35059* (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1973 International Dump Truck*<br>*Location: In debtor's possession* | | *$ 2,000.00* |
| | | *1985 AM General M929 Dump*<br>*Location: In debtor's possession* | | *$ 4,000.00* |
| | | *1985 AM General M929 Dump*<br>*Location: In debtor's possession* | | *$ 2,000.00* |
| | | *1995 Autocar ACL64BT Truck Tractor*<br>*Location: In debtor's possession* | | *$ 10,000.00* |

Page __2__ of __6__

In re *W.H.Figurski, Inc.*, Case No. *4:10-bk-35059*
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *1995 Ford L8000 Service Truck*<br>*Location: In debtor's possession* | | *$ 8,000.00* |
| | | *1996 Chevrolet Cheyenne Extended Cab*<br>*Location: In debtor's possession* | | *$ 1,000.00* |
| | | *1997 Benson Lead Dump*<br>*1997 Benson Pup Dump*<br>*Location: In debtor's possession* | | *$ 15,000.00* |
| | | *1999 Manacs lead flat trailer and pup flat*<br>*Location: In debtor's possession* | | *$ 22,000.00* |
| | | *1999 Peterbilt 357 Truck Tractor*<br>*Location: In debtor's possession* | | *$ 20,000.00* |
| | | *2000 Peterbilt 357 Truck Tractor*<br>*Location: In debtor's possession* | | *$ 15,000.00* |
| | | *2000 Talbert 25 ton tag trailer*<br>*Location: In debtor's possession* | | *$ 8,000.00* |
| | | *2001 Manacs lead flat trailer and pup flat*<br>*Location: In debtor's possession* | | *$ 26,000.00* |
| | | *2003 GMC Yukon XL*<br>*Location: In debtor's possession* | | *$ 7,000.00* |
| | | *2004 Mac Lead Dump with*<br>*2004 Mac Pup Dump*<br>*Location: In debtor's possession* | | *$ 45,000.00* |

In re *W.H.Figurski, Inc.*, Debtor(s)

Case No. *4:10-bk-35059* (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Computer, supplies, printer, fax machine* <br> *Location: In debtor's possession* | | *$ 4,000.00* |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *1988 Caterpilar D4H Dozer* <br> *Location: In debtor's possession* | | *$ 12,000.00* |
| | | *1994 Caterpilar IT18F Wheel Loader* <br> *Location: In debtor's possession* | | *$ 20,000.00* |
| | | *1996 Caterpilar IT28F Wheel Loader* <br> *Location: In debtor's possession* | | *$ 20,000.00* |
| | | *1998 Hilbilts Lead Dump* <br> *Location: In debtor's possession* | | *$ 15,000.00* |
| | | *1998 Talbert 10 ton tag Trailer* <br> *Location: In debtor's possession* | | *$ 5,000.00* |
| | | *1999 Clements Pup Dump* <br> *Location: In debtor's possession* | | *$ 10,000.00* |
| | | *1999 Hilbilts Pup Dump* <br> *Location: In debtor's possession* | | *$ 15,000.00* |
| | | *1999 Nordberg Read Conveyor* <br> *Location: In debtor's possession* | | *$ 4,000.00* |
| | | *1999 Nordberg Read Screenall CV150-D* <br> *Location: In debtor's possession* | | *$ 15,000.00* |

**B6B (Official Form 6B) (12/07)**

In re *W.H.Figurski, Inc.* , Case No. *4:10-bk-35059*
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2000 Serco 8500 Log Loader*<br>*Location: In debtor's possession* | | *$ 4,000.00* |
| | | *2001 Caterpilar 320BLP Excavator*<br>*Location: In debtor's possession* | | *$ 20,000.00* |
| | | *2001 Caterpilar IT28G Wheel Loader*<br>*Location: In debtor's possession* | | *$ 25,000.00* |
| | | *2003 Talbert 51 ton detachable Lowboy*<br>*Location: In debtor's possession* | | *$ 22,000.00* |
| | | *2004 Vovo EC140BLC Excavator*<br>*Location: In debtor's possession* | | *$ 36,000.00* |
| | | *Attachments including buckets, forks for the equipment owned.*<br>*Location: In debtor's possession* | | *$ 20,000.00* |
| | | *Tools*<br>*Location: In debtor's possession* | | *$ 15,000.00* |
| 30. Inventory. | | *Rock Inventory*<br>*Location: In debtor's possession* | | *$ 150,000.00* |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.<br>　Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Page  5  of  6

In re **W.H.Figurski, Inc.**, Debtor(s)

Case No. **4:10-bk-35059** (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page 6 of 6

Total → **$ 600,100.00**

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

**B6D (Official Form 6D) (12/07)**

In re **W.H.Figurski, Inc.** ,                              Case No. **4:10-bk-35059**
            **Debtor(s)**                                                                                   **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Chase Bank*<br>*P.O. Box 9001022*<br>*Louisville KY 40290-1022* | | secured loan<br><br><br>Value: *$ 0.00* | | | | $ 100,113.97 | $ 0.00 |
| Account No:<br>*Creditor # : 2*<br>*Volvo Financial Services*<br>*P.O. Box 7247-0236*<br>*Philadelphia PA 19170-0236* | | 2008<br>Purchase Money Security<br><br>Value: *$ 36,000.00* | | | | $ 10,581.61 | $ 0.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

                                       **Subtotal $**    *$ 110,695.58*    *$ 0.00*
                                   (Total of this page)
                                          **Total $**    *$ 110,695.58*    *$ 0.00*
                                   (Use only on last page)
                                 (Report also on Summary of   (If applicable, report also on
                                 Schedules.)                        Statistical Summary of
                                                                               Certain Liabilities and
                                                                               Related Data)

B6E (Official Form 6E) (04/10)

In re __W.H.Figurski, Inc._____ ,   Case No. __4:10-bk-35059__
                    **Debtor(s)**                                               (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re *W.H.Figurski, Inc.* ,  Case No. *4:10-bk-35059*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Airgas* *P.O. Box 802576* *Chicago IL 60680-2576* | | *Trade Debt* | | | | *$ 222.29* |
| Account No: *Creditor # : 2* *AllTel* *P.O. Box 94535* *Palatine IL 60094-4535* | | *Trade Debt* | | | | *$ 240.64* |
| Account No: *Creditor # : 3* *AT & T* *P.O. Box 8100* *Aurora IL 60507-8100* | | *Telephone Services* | | | | *$ 60.00* |
| Account No: *Creditor # : 4* *Brad Johnston* *7808 McBrides Road* *Edmore MI 48829* | | *Trade Debt* | | | | *$ 590.00* |

*5* continuation sheets attached  Subtotal $ *$ 1,112.93*

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *W.H.Figurski, Inc.*, Case No. *4:10-bk-35059*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 5* *Bunting Sand & Gravel Products* *P.O. Box 217* *West Branch MI 48661* | | | *Trade Debt* | | | | $ 7,558.60 |
| Account No: *Creditor # : 6* *Carol Rard* *7776 Guy Road* *Blanchard MI 49310* | | | *Trade Debt* | | | | $ 7,199.80 |
| Account No: *Creditor # : 7* *Citi Business* *P.O. Box 6235* *Sioux Falls SD 57117-6235* | | | *Trade Debt* | | | | $ 19,100.00 |
| Account No: *Creditor # : 8* *CYDI of Michigan* *2575 S. Haggerty Road* *Canton MI 48188* | | | *Trade Debt* | | | | $ 1,991.81 |
| Account No: *Creditor # : 9* *Elan Financial* *c/o Associated Creditors Excha* *P.O. Box 33130* *Phoenix AZ 85067-3130* | | | *Trade Debt* | | | | $ 15,120.34 |
| Account No: *Creditor # : 10* *Frankenmuth Insurance* *One Mutual Avenue* *Frankenmuth MI 48784-0001* | | | *Trade Debt* | | | | $ 753.18 |

Sheet No. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** $ 51,723.73

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *W.H.Figurski, Inc.* , Case No. *4:10-bk-35059*
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 11* *GCR Tire Centers* *2727 Lippincott* *Flint MI 48507* | | | *Trade Debt* | | | | *$ 1,141.00* |
| Account No: *Creditor # : 12* *GTA Business Systems, LLC* *844 S. Main Street, #B* *Lapeer MI 48446* | | | *Trade Debt* | | | | *$ 188.00* |
| Account No: *Creditor # : 13* *John Bleum* *7145 Academy Road* *Edmore MI 48829* | | | *Trade Debt* | | | | *$ 1,333.15* |
| Account No: *Creditor # : 14* *Leland Jensen* *857 Edmore Road* *Howard City MI 48829* | | | *Trade Debt* | | | | *$ 3,771.36* |
| Account No: *Creditor # : 15* *McBrides Oil, Inc* *4488 N. Sheridan Road* *Stanton MI 48888* | | | *Trade Debt* | | | | *$ 1,960.75* |
| Account No: *Creditor # : 16* *Miles Petroleum* *246 North Eddy* *Merrill MI 48637* | | | *Trade Debt* | | | | *$ 41,855.19* |

Sheet No. *2* of *5* continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** *$ 50,249.45*

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *W.H.Figurski, Inc.*                                                          ,     Case No. *4:10-bk-35059*
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 17* *Oldcastle Architectural* *c/o Richard M. Handlon* *240 W. Main St., #1100* *Midland MI 48640* | | | *Trade Debt* | | | | $ 26,201.21 |
| Account No: *Creditor # : 18* *POH-Premier Occupational Healt* *8816 Reliable Parkway* *Chicago IL 60686-0088* | | | *Medical Bills* | | | | $ 102.00 |
| Account No: *Creditor # : 19* *Pontiac Crushed Cement* *3448 West Eleven Mile Road* *Berkley MI 48072* | | | *Trade Debt* | | | | $ 1,806.26 |
| Account No: *Creditor # : 20* *Pontiac Steel Company, Inc* *P.O. Box 81665* *Rochester MI 48308-1665* | | | *Trade Debt* | | | | $ 368.14 |
| Account No: *Creditor # : 21* *Robert Waldron* *1248 N. Pine Grove* *Crystal MI 48818* | | | *Trade Debt* | | | | $ 4,003.18 |
| Account No: *Creditor # : 22* *Robin Anderson* *1350 North Pine Grove Rd.* *Crystal MI 48818* | | | *Trade Debt* | | | | $ 217.70 |

Sheet No.  *3*  of  *5*  continuation sheets attached to Schedule of    **Subtotal $**   *$ 32,698.49*
Creditors Holding Unsecured Nonpriority Claims                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _W.H.Figurski, Inc._____,  Case No. _4:10-bk-35059_
                              **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 23* *Spencer Oil Company* *c/o Stillman Law Office* *7091 Orchard Lake Rd., #270* *West Bloomfield MI 48322-3651* | | *Trade Debt* | | | | *$ 26,276.86* |
| Account No: *Creditor # : 24* *State Crushing, Inc* *2260 Auburn Road* *Auburn Hills MI 48326* | | *Trade Debt* | | | | *$ 1,689.61* |
| Account No: *Creditor # : 25* *State Investment Company* *44700 Enterprise Drive* *Clinton Township MI 48038* | | *Trade Debt* | | | | *$ 7,000.00* |
| Account No: *Creditor # : 26* *Stuart B Cooney* *5840 Lorac Drive* *Clarkston MI 48346* | | *Trade Debt* | | | | *$ 1,272.50* |
| Account No: *Creditor # : 27* *Texas Refinery Corporation* *P.O. box 711* *Fort Worth TX 76101-0711* | | *Trade Debt* | | | | *$ 60.47* |
| Account No: *Creditor # : 28* *Van Horn Truck Parts, Inc.* *10 South Street* *Rochester MI 48307* | | *Trade Debt* | | | | *$ 162.83* |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of  **Subtotal $**   *$ 36,462.27*
Creditors Holding Unsecured Nonpriority Claims                   **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *W.H.Figurski, Inc.*                    ,     Case No. *4:10-bk-35059*
**Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 29 Vesco Oil Corporation 16055 W. 12 Mile Road P.O. Box 525 Southfield MI 48037-0525* | | | *Trade Debt* | | | | *$ 922.54* |
| Account No: *Creditor # : 30 Warack Trucking 8975 S. Washington Saginaw MI 48601* | | | *Trade Debt* | | | | *$ 509.30* |
| Account No: *Creditor # : 31 Wolverine Tractor & Equipment P.O. Box 73939 Cleveland OH 44193* | | | *Trade Debt* | | | | *$ 243.47* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 1,675.31*

**Total $**   *$ 173,922.18*
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6G (Official Form 6G) (12/07)**

In re *W.H.Figurski, Inc.* / Debtor     Case No. *4:10-bk-35059*
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Advantage Auto*<br>*3740 South Lapeer Road*<br>*Metamora MI  48455* | Contract Type: *Non-residential lease * ***<br>Terms: *$3000.00 monthly payment for building*<br>Beginning date: *8/1/2008*<br>Debtor's Interest: *Lessee*<br>Description: *Month to Month Lease*<br>Buyout Option: |

B6H (Official Form 6H) (12/07)

In re **W.H.Figurski, Inc.** _____ / Debtor   Case No. **4:10-bk-35059**
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |